IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06 cr 43-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| KIMBERLY DAWN PALMER. | ) | |
| | ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion to Withdraw (#167) filed by Defendant's attorney, Albert M. Messer. At the call of the motion on for hearing, Mr. Messer advised that he wished to withdraw the motion and he would continue to represent the Defendant in this matter.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Withdraw (#167) is hereby **DENIED.**

Signed: July 2, 2014

Dennis L. Howell
United States Magistrate Judge

1